**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ANTHONY MARANO COMPANY, et al.,

    Plaintiffs,

v.                                    Case No. 09-14105

GEOFF SHERMAN, et al.,

    Defendants.
                                       /

**ORDER SCHEDULING TELEPHONE CONFERENCE**

On November 19, 2009, the court conducted a conference regarding the above-captioned case with counsel for Plaintiffs and counsel for Defendant Geoff Sherman. During the conference, Plaintiffs' counsel explained that they were having difficulties serving some of the Defendants. As a result, the parties present at the conference agreed that a scheduling order was premature. The court will therefore conduct a telephone conference on December 16, 2009, to discuss Plaintiffs' efforts to serve the remaining Defendants. Accordingly, IT IS ORDERED that the court will conduct a telephone conference on **December 16, 2009, at 4:00 p.m.** The court will initiate the telephone call.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: November 24, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 24, 2009, by electronic and/or ordinary mail.

                                              s/Lisa G. Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522