## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ANTHONY MARANO COMPANY and
AMC 50, LLC,

      Plaintiffs,

v.                                          Case No. 09-14105

GEOFF SHERMAN and INTERNATIONAL
AVIATION SERVICES, INC.,

      Defendants.
                                      /

## ORDER

The parties submit joint motions to extend the discovery deadline (for specific matters only) and to extend the dispositive motion deadline.

IT IS ORDERED that each motion to extend [Dkts. # 37, 38] is GRANTED in that (1) the discovery deadline advances to **October 31, 2012**, for the matters enumerated by the parties (*see* Dkt. # 37 at 3) and (2) the dispositive motion deadline advances to **November 14, 2012**.

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated:  October 23, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 23, 2012, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522